■ RUCKLE AND GUARINO, INC., Respondent, v MICHAEL HANGAN et al., Appellants, et al., Defendant. [852 NYS2d 122]—

To establish the right to enforce a mechanic's lien, the contractor, or in this case the subcontractor, must make a prima facie case that the lien is valid, and that it is entitled to the amount asserted in the lien (8 Warren's Weed, New York Real Property § 92.11 [3] [a] [5th ed], citing *Cramer v Esswein*, 220 App Div 10 [1927]; *see LHV Precast v Woodstock Lawn & Home Maintenance*, 296 AD2d 736 [2002]). Plaintiff did not adduce sufficient evidence to establish prima facie entitlement to summary judgment enforcing the lien. Notably, the proposal on

which plaintiff relies postdates the work performed, and plaintiff's evidence failed to establish that plaintiff is entitled to the amount asserted in the lien, i.e., $80,000. Concur—Andrias, J.P., Friedman, Buckley, McGuire and Moskowitz, JJ.